IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHAKIA TURNER for T.L.H. TURNER,

                                                      ORDER

                      Plaintiff,

    v.                                              12-cv-268-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                      Defendant.

---

       This is an action for judicial review of an adverse decision of the Commissioner of Social Security brought pursuant to 42 U.S.C. § 405(g).  On July 2, 2012, this court issued a briefing schedule allowing plaintiff Shakia Turner until August 1, 2012 to submit a brief in support of her petition for review of the Commissioner's decision.  It is now August 8, 2012, and plaintiff has not submitted a brief or asked for more time within which to do so.  Because plaintiff is proceeding *pro se*, I will strike the current briefing schedule to allow plaintiff another opportunity to submit a brief in support of her petition.

       In her brief, plaintiff does not need to make legal arguments or cite to any legal authority, but she must explain to the court the specific reasons why she thinks the administrative law judge wrongly decided the claim for social security benefits.  In addition, plaintiff should review the administrative law judge's decision and point out those findings that she disagrees with, citing to evidence in the administrative record that supports her position.

       If plaintiff fails to submit a brief, then her complaint will be dismissed for failure to prosecute.

ORDER

IT IS ORDERED that the briefing dates set on July 2, 2012 are STRICKEN.  The new briefing schedule is as follows:

Plaintiff shall have until September 10, 2012 to submit a brief in support of the petition for review, specifically stating plaintiff's grounds of objection to the decision below.  Failure to submit a brief will result in dismissal of the petition for review for failure to prosecute.

The government shall have until October 10, 2012 to submit an answering brief.

Plaintiff may have until October 25, 2012 to submit a reply brief.  Submission of this reply brief is optional.

Entered this 8th day of August, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge